

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-18-00413-CV

Style: In the Interest of L.M.N. aka L.N., D.Y.L.N., and J.J.L.N. aka J.L.L., Children

Date motion filed: September 24, 2018

Type of motion: Unopposed Motion to Exceed Word Limit Under TRAP 9.4(i)

Party filing motion: Appellee

Document to be filed: Appellee's brief

Is appeal accelerated? Yes

If motion to extend time:
  Original due date:
  Number of previous extensions granted:  Current Due date:
  Date Requested:

Ordered that motion is:

 ☑ **Granted**

   If document is to be filed, document due:

    ☐ The Court will not grant additional motions to extend time.

 ☐ Denied

 ☐ Dismissed

 ☐ Other: _____

Judge's signature: /s/ Terry Jennings
     ☑ Acting individually  ☐ Acting for the Court

Date: September 27, 2018